IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 8:24-mj-20 |
| | ) | |
| | ) | |
| vs. | ) | MOTION TO DISCLOSE |
| | ) | INTENTION TO USE |
| | ) | EVIDENCE |
| | ) | |
| CARL LEE ROBERT PRICE | ) | |

**TO: WILLIAM J. WATKINS, JR.**
**ASSISTANT UNITED STATES ATTORNEY**

YOU WILL PLEASE TAKE NOTICE that the undersigned attorney for the defendant, Carl Lee Robert Price, will appear before the United States Court for the District of South Carolina at such place and at such time as counsel can be heard, and then and there move pursuant to Rule 12(b)(4), Federal Rules of Criminal Procedure, that the Court order the Government to notify the defendant of its intention to use any evidence at trial which may be subject to a motion to suppress.

Respectfully submitted,

*s/Lora Blanchard*
Lora Blanchard (Fed. Bar #9677)
Assistant Federal Public Defender
Federal Public Defender, District of South Carolina
75 Beattie Place, Suite 950
Greenville, SC 29601
(864) 235-8714

Greenville, South Carolina
July 17, 2024